1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DURRELL PUCKETT,

            Plaintiff,

    v.

OFFICER S. ARREGUIN,

            Defendant.

_____/

CASE NO.　1:10-cv-0971-MJS (PC)

ORDER DENYING PLAINTIFF'S REQUEST
FOR AN ENTRY OF DEFAULT

(ECF No. 12)

15      Plaintiff Darrell Puckett ("Plaintiff") is a state prisoner proceeding pro se and in forma

16 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to

17 Magistrate Judge jurisdiction.  (ECF No. 5.)

18      Plaintiff initiated this action on June 1, 2010.  (ECF No. 1.)  On April 3, 2012, the

19 Court found that Plaintiff had stated a cognizable Eighth Amendment claim against

20 Defendant Arreguin.  (ECF No. 8.)  On April 18, 2012, the Court ordered the United States

21 Marshall to serve Defendant Arreguin and set a service deadline of August 20, 2012. (ECF

22 No. 11.)  As of this date, the Court has not received any evidence that Defendant Arreguin

23 has been served.

24      On August 15, 2012, Plaintiff filed a motion, requesting that the Court enter an order

25 of default judgment against Defendant Arreguin.  (Mot., ECF No. 12.)

26      A default, followed by a default judgment, cannot be taken unless and until the

27 defendant has been served and fails to file a responsive pleading within the time allowed.

28 Fed. R. Civ. P. 55(a).  There is no evidence that Defendant Arreguin has yet been served,

1    and thus no reason to believe that his time for filing a responsive pleading has expired.

2         Accordingly, Plaintiff having presented no basis upon which a default could be taken

3    against this Defendant, his motion for a default judgment is DENIED.

4

5

6         IT IS SO ORDERED.

7    Dated:    August 24, 2012            /s/ *Michael J. Seng*

8                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28